■ In the Matter of JEFFREY J. WEINSTEN (Admitted as JEFFREY JOSEPH WEINSTEN), a Disbarred Attorney. [954 NYS2d 914]—

Eng, P.J., Mastro, Rivera, Skelos and Dillon, JJ., concur.